# **EXHIBIT A**

| Name | Days Worked | Distribution Before Min. Payouts | Min. Payouuts | Distribution After Min. Payouts |
|---|---|---|---|---|
| Abubakear, Turay | 544 | $ 10,616.60 | $ - | $ 10,616.60 |
| Abud, Adrian | 10 | $ 195.16 | $ - | $ 195.16 |
| Abud, Jorge | 9 | $ 175.64 | $ - | $ 175.64 |
| Alacala, Hesiquido | 165 | $ 3,220.11 | $ - | $ 3,220.11 |
| Amin, Muhammad | 46 | $ 897.73 | $ - | $ 897.73 |
| Anderson, Ishmael | 86 | $ 1,678.36 | $ - | $ 1,678.36 |
| Austin, Michael | 520 | $ 10,148.22 | $ - | $ 10,148.22 |
| Baggett, Jeffery | 161 | $ 3,142.04 | $ - | $ 3,142.04 |
| Battaglia, Joseph | 247 | $ 4,820.40 | $ - | $ 4,820.40 |
| Battaglia, Richard | 23 | $ 448.86 | $ - | $ 448.86 |
| Bolanos, Alejandro | 175 | $ 3,415.27 | $ - | $ 3,415.27 |
| Bravim, Hasney | 92 | $ 1,795.45 | $ - | $ 1,795.45 |
| Britt, Patrick | 78 | $ 1,522.23 | $ - | $ 1,522.23 |
| Brooks, Datron | 4 | $ 78.06 | $ 21.94 | $ 100.00 |
| Busby, Larry | 2 | $ 39.03 | $ 60.97 | $ 100.00 |
| Cervantes, Oscar | 140 | $ 2,732.21 | $ - | $ 2,732.21 |
| Clark, Justin | 23 | $ 448.86 | $ - | $ 448.86 |
| Crittendon, Lamar | 350 | $ 6,830.53 | $ - | $ 6,830.53 |
| Delacruz, Nelson | 103 | $ 2,010.13 | $ - | $ 2,010.13 |
| Dupre, Richard | 53 | $ 1,034.34 | $ - | $ 1,034.34 |
| Elias, Jose | 522 | $ 10,187.25 | $ - | $ 10,187.25 |
| Escobar, Raymond | 102 | $ 1,990.61 | $ - | $ 1,990.61 |
| Escobar, Wil | 532 | $ 10,382.41 | $ - | $ 10,382.41 |
| Espinosa, Angel | 179 | $ 3,493.33 | $ - | $ 3,493.33 |
| Garcia, Marco | 136 | $ 2,654.15 | $ - | $ 2,654.15 |
| Guilford, Christopher | 32 | $ 624.51 | $ - | $ 624.51 |
| Harris, Leo | 3 | $ 58.55 | $ 41.45 | $ 100.00 |
| Helfin, James | 89 | $ 1,736.91 | $ - | $ 1,736.91 |
| Hernandez, Rodrigo | 61 | $ 1,190.46 | $ - | $ 1,190.46 |
| Jones, Authany | 7 | $ 136.61 | $ - | $ 136.61 |
| Kelley, John | 32 | $ 624.51 | $ - | $ 624.51 |
| Kempa, Lane | 216 | $ 4,215.41 | $ - | $ 4,215.41 |
| Kercado, Abraham | 234 | $ 4,566.70 | $ - | $ 4,566.70 |
| Lachuga, David | 93 | $ 1,814.97 | $ - | $ 1,814.97 |
| Lopez-Marquex, Salvador | 38 | $ 741.60 | $ - | $ 741.60 |
| Mallet, Dismond | 5 | $ 97.58 | $ 2.42 | $ 100.00 |
| Manning, Elgester | 205 | $ 4,000.74 | $ - | $ 4,000.74 |
| McClinic, Chris | 352 | $ 6,869.56 | $ - | $ 6,869.56 |
| Medley, Kevaughn | 2 | $ 39.03 | $ 60.97 | $ 100.00 |
| Misoanyeiniel, Miranda | 58 | $ 1,131.92 | $ - | $ 1,131.92 |
| Mobley, Bradley | 257 | $ 5,015.56 | $ - | $ 5,015.56 |
| Mobley, Coty | 255 | $ 4,976.53 | $ - | $ 4,976.53 |

| Name | Hours | Amount | Adj. | Total |
|---|---|---|---|---|
| Moreno, Emmanuel | 25 | $ 487.90 | $ - | $ 487.90 |
| Moreno, Jonathan | 86 | $ 1,678.36 | $ - | $ 1,678.36 |
| Murga, Jose | 149 | $ 2,907.86 | $ - | $ 2,907.86 |
| Ortiz, Isreal | 726 | $ 14,168.48 | $ - | $ 14,168.48 |
| Overby, Travis | 158 | $ 3,083.50 | $ - | $ 3,083.50 |
| Perez, Frank | 93 | $ 1,814.97 | $ - | $ 1,814.97 |
| Peterson, Branson | 8 | $ 156.13 | $ - | $ 156.13 |
| Pradia, Joshua | 94 | $ 1,834.49 | $ - | $ 1,834.49 |
| Rascon, Hector | 253 | $ 4,937.50 | $ - | $ 4,937.50 |
| Rivera, Jamie | 176 | $ 3,434.78 | $ - | $ 3,434.78 |
| Rodriguez, Xavier | 193 | $ 3,766.55 | $ - | $ 3,766.55 |
| Rolle, Jason | 31 | $ 604.99 | $ - | $ 604.99 |
| Ross, Chaiim | 218 | $ 4,254.45 | $ - | $ 4,254.45 |
| Salgado, Luis | 179 | $ 3,493.33 | $ - | $ 3,493.33 |
| Sandidge, William | 120 | $ 2,341.90 | $ - | $ 2,341.90 |
| Santiago Canchani, Anthony | 27 | $ 526.93 | $ - | $ 526.93 |
| Santiago, Kevin | 15 | $ 292.74 | $ - | $ 292.74 |
| Smith, Paul E | 273 | $ 5,327.81 | $ - | $ 5,327.81 |
| Solis, Vicente | 217 | $ 4,234.93 | $ - | $ 4,234.93 |
| Spells, Lonnie | 136 | $ 2,654.15 | $ - | $ 2,654.15 |
| Stebbins, Dominic | 294 | $ 5,737.65 | $ - | $ 5,737.65 |
| Tackett, Jason | 24 | $ 468.38 | $ - | $ 468.38 |
| Thompson, William | 166 | $ 3,239.62 | $ - | $ 3,239.62 |
| Thorton, Duane | 442 | $ 8,625.99 | $ - | $ 8,625.99 |
| Triggs, Dwayne Jr. | 170 | $ 3,317.69 | $ - | $ 3,317.69 |
| Wesley, Cliffton | 5 | $ 97.58 | $ 2.42 | $ 100.00 |
| White, Marcus | 59 | $ 1,151.43 | $ - | $ 1,151.43 |
| Wilson, Brandon | 58 | $ 1,131.92 | $ - | $ 1,131.92 |
| Woods, Maurice | 493 | $ 9,621.29 | $ - | $ 9,621.29 |
| Wright, Timothy | 375 | $ 7,318.43 | $ - | $ 7,318.43 |
| Jones, Freddie | | $ - | $ 100.00 | $ 100.00 |
| Muhammad, Shamsudin | | $ - | $ 100.00 | $ 100.00 |
| Scott, Duane | | $ - | $ 100.00 | $ 100.00 |
| | 11504 | $ 224,509.83 | $ 490.17 | $ 225,000.00 |
| | | | Average | $ 3,000.00 |