**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Lonnie Spells

                                        Plaintiff,

v.                                                                                     Case No.: 1:20−cv−03378
                                                                                     Honorable Elaine E. Bucklo

Elite Engineering, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 4, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's amended and unopposed motion for (1) approval of a collective action settlement, (2) preliminary approval of a class action settlement, (3) approval of notice of putative claimants, and (4) scheduling a hearing for final approval of the parties' class action settlement agreement, and memorandum in support [50] is granted. Enter Order Granting Plaintiff's Amended & Unopposed Motion for Preliminary Approval of Settlement Agreement. Final fairness hearing is set for 5/20/2022 at 11:00 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.