UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID LECHUGA, et al., on behalf of himself and all similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> ELITE ENGINEERING, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-03378 |

### ORDER GRANTING PLAINTIFF'S AMENDED & UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

This matter is before the Court on the Plaintiff's Amended and Unopposed Motion for Preliminary Approval of Settlement Agreement and related relief. Having carefully considered the Motion, the undersigned will grant the motion.

IT IS THEREFORE ORDERED that the Amended, Renewed, and Unopposed Motion for Certification of a Collective and Class Action for Settlement is GRANTED and the Court hereby:

1. Preliminarily finds that the Parties' settlement of class claims appears to be fair, reasonable, and adequate as to members of the class, subject to any objections that may be raised at the final fairness hearing and final approval of the class settlement by this Court;

2. Finds that the Parties' settlement of the FLSA collective action claim appears to be a fair and reasonable resolution of a bona fide dispute between the parties;

3. Approves as to form and content the Parties' proposed class settlement notice as reasonable notice practicable under the circumstances and in full compliance with applicable law; and,

4. Schedules a final fairness hearing; and Orders that the final approval hearing will be held on May 20, 2022 at 11:00 a.m.

IT IS SO ORDERED this February 4, 2022

Hon. Elaine E. Bucklo
U.S. District Judge