# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Lonnie Spells

                                  Plaintiff,

v.                                                                                Case No.: 1:20−cv−03378
                                                                               Honorable Elaine E. Bucklo

Elite Engineering, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 20, 2022:

       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' unopposed motion for final settlement approval and dismissal with prejudice, and memorandum in support [55] is granted. Final fairness hearing is stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.