UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID LECHUGA, et al., on behalf of himself and all similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE ENGINEERING, INC., et al.,<br><br>Defendants. | Case No. 1:20-cv-03378-EEB-BWJ |

**ORDER GRANTING MOTION FOR FINAL
<u>APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT</u>**

Having reviewed and considered Plaintiff's Unopposed Motion for Final Settlement Approval and Dismissal with Prejudice, the Court hereby orders as follows:

1. The Court certifies, as set forth in the parties' Amended Settlement and Release Agreement ("Settlement Agreement"), an FLSA collective action and a class actions;

2. The Court approves the parties' settlement, as set forth in the parties' Settlement Agreement, as a fair, reasonable and adequate resolution of *bona fide* disputes between the parties;

3. The Court finds that the attorney fee rates sought are reasonable and approves the recovery of fees and costs provided in the Settlement Agreement;

4. The Court orders the parties to effectuate the settlement terms; and

5. The Court dismisses the claims with prejudice.

Date: 5/20/2022         So Ordered:

_____
United States District Judge